## HENRY B. GREENWOOD and ROSWELL SKEEL agt. DANIEL CLEVELAND.

Where a debtor has been arrested and convicted, under the act entitled "An act to abolish imprisonment for debt, and to punish fraudulent debtors, passed April 26th, 1831," and afterwards puts in special bail under the amendatory act passed May 13th, 1845, and is subsequently *discharged* under and by virtue of the provisions of the act mentioned; such *discharge* does not exonerate or affect his *special bail*.

*June Term*, 1846.

MOTION by defendant to exonerate special bail.

It appeared from defendant's affidavit that a suit was commenced against him in December, 1845, at the city of New-York, by writ issued out of this court in favor of the plaintiffs, upon a demand arising upon contract, amounting to more than $50, and upon which defendant alleged he could not, by the provisions of the act entitled "An act to abolish imprisonment for debt, and to punish fraudulent debtors, passed April 26th, 1831," be arrested or imprisoned; the suit was prosecuted to judgment, and a *fi. fa.* issued, returnable the 28th of May, 1846. On the 6th of December, 1845, and after the commencement of the suit, he was arrested in the city of New-York upon a warrant issued by the Hon. AARON VANDERPOOL, one of the judges of the superior court of the city of New-York, upon the application and complaint of the plaintiffs in

Greenwood agt. Cleveland.

this suit, under the 3d and 4th sections of the said act, and the 4th subdivision of the fourth section.   After an examination and hearing before the judge, upon the warrant, defendant was convicted, and by an order of the judge committed to jail ; and after his committal he put in and perfected special bail in the action, under and by virtue of the provisions of the act entitled " An act further *to amend       [*169] the ' Act to abolish imprisonment for debt, and to punish fraudulent debtors, passed April 26th, 1831,' passed May 13th, 1845," and was thereupon discharged from custody.

On the 8th day of April, 1846, defendant presented his petition, under the provisions of the 12th and subsequent sections of the said act to abolish imprisonment for debt, as an insolvent and petitioning debtor, to the Hon. PHILO GRIDLEY, circuit judge, for a discharge of his person from further arrest or imprisonment in the suit, and for the benefit of the provisions of the last mentioned act ; and on the 11th of April, 1846, a discharge was granted him by the circuit judge (after a hearing, and opposition by the plaintiffs), which was recorded in the office of the clerk of Oneida county, on the 13th of April, 1846 ; an exemplified copy of the discharge being used on this motion.   The special bail were Ransom Curtis, of the city of New-York, and Edward Eames, of the city of Utica.

Defendant's counsel insisted that the discharge of the defendant under the act mentioned exonerated the special bail.

> J. M. HATCH, *defendant's counsel and attorney.*
> R. W. PECKHAM, *plaintiffs' counsel.*
> JOHN SHERWOOD, *plaintiffs' attorney.*

JEWETT, Justice.   Denied the motion, with $7 costs, on the ground that the defendant's *discharge* did not at all affect the liability of the special bail.